IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

SIMPLEVILLE MUSIC, et al.,  )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      1:04cv393-T
                            )         (WO)
SHELLEY BROADCASTING        )
COMPANY, INC., et al.,      )
                            )
    Defendants.             )

ORDER

By final judgment entered on October 21, 2004 (Doc. No. 24), plaintiffs Simpleville Music, et al., are to have and recover from defendants Shelley Broadcasting Company, Inc., and Stage Door Development, Inc., the aggregate sum of $ 48,000.00 plus costs and interest.  On May 24, 2005 (Doc. No. 34), a writ of garnishment was issued against garnishee Five Star Credit Union claiming that the defendants are indebted to the plaintiffs for $ 48,000.00 plus costs and interest.  On June 13, 2005, Five Star Credit Union filed an answer indicating that it

has in its possession or control property or money belonging to defendants in the amount of $ 117.94.

Accordingly, it is ORDERED that plaintiffs Simpleville Music, et al., and defendants Shelley Broadcasting Company, Inc., and Stage Door Development, Inc., show cause, if any there be, in writing by December 20, 2005, as to why final judgment should not be entered against garnishee Five Star Credit Union requiring that it pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums, as prescribed in the writ of garnishment, from money belonging to defendants Shelley Broadcasting Company, Inc., and Stage Door Development, Inc.

DONE, this 28th day of November, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE