```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


SIMPLEVILLE MUSIC, et al.,  )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )       1:04cv393-T
                            )           (WO)
H. JACK MIZELL,             )
                            )
     Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion for summary judgment filed by plaintiffs Simpleville Music, New Hidden Valley Music Co., BMG Songs, Inc.; Famous Music Corporation, Sony/ATV Tunes LLC, WB Music Corp., Lanny Wolfe Music Company, Integrity Music, Inc. d/b/a Integrity's Hosanna Music, Lensongs Publishing, Universal-MCA Music Publishing, a Division of Universal Studios, Inc., Doors Music Company, Hulex

Music/WB Music Corp., J. Albert & Son (USA) Inc., and Pure Songs and Frank Music Corp. (Doc. No. 55) is granted.

(2) Judgment is entered in favor of plaintiffs Simpleville Music, New Hidden Valley Music Co., BMG Songs, Inc.; Famous Music Corporation, Sony/ATV Tunes LLC, WB Music Corp., Lanny Wolfe Music Company, Integrity Music, Inc. d/b/a Integrity's Hosanna Music, Lensongs Publishing, Universal-MCA Music Publishing, a Division of Universal Studios, Inc., Doors Music Company, Hulex Music/WB Music Corp., J. Albert & Son (USA) Inc., and Pure Songs and Frank Music Corp. and against defendant H. Jack Mizell.

(3) Plaintiffs Simpleville Music, New Hidden Valley Music Co., BMG Songs, Inc.; Famous Music Corporation, Sony/ATV Tunes LLC, WB Music Corp., Lanny Wolfe Music Company, Integrity Music, Inc. d/b/a Integrity's Hosanna Music, Lensongs Publishing, Universal-MCA Music Publishing, a Division of Universal Studios, Inc., Doors Music Company, Hulex Music/WB Music Corp., J. Albert & Son (USA) Inc., and Pure Songs and Frank Music Corp. shall

have and recover from defendant Mizell the sum of $ 11,250.00.

(4) Any request for injunctive relief must be filed by no later than September 21, 2006.

(5) Any request for attorneys' fees and expenses must be filed by no later than September 28, 2006.

It is further ORDERED that costs are taxed against defendant Mizell, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of September, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE